# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0436. GORDON JONES, II v. IRONWOOD CAPITAL PARTNERS, LLC et al.**

On February 5, 2020, Plaintiff/Cross-Appellant Gordon Jones filed a Suggestion of Bankruptcy, noting that Defendant/Cross-Appellee Joel Shapiro has filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Georgia. Because the only enumeration of error in this appeal involves Jones's claim against Shapiro to enforce a promissory note, it appears from this filing that this appeal is subject to the automatic bankruptcy stay.[1] See 11 U.S.C. § 362 (a).

The appellate courts of this State are constitutionally required to dispose of every case at the term of court for which it is entered on the courts' dockets for hearing or at the next term of court; thus, this Court does not have the power to stay a case. See 1983 Ga. Const., Art. VI, Sec. IX, Para. II; *Boardman v. Brenninkmeijer*, 328 Ga. App. 882 (763 SE2d 267) (2014). Accordingly, we REMAND this case to the trial court to enter a stay pending the resolution of Shapiro's bankruptcy proceedings. Upon the resolution of the bankruptcy proceedings or the bankruptcy court's lifting of the automatic stay, Jones may re-institute the appeal by filing a new notice of appeal in the trial court within thirty days of the date of the entry of the order. See *DCA Architects v. American Bldg. Consultants*, 203 Ga. App. 598, 598-600 (1) (417 SE2d 386) (1992).

---

[1] The effect of Shapiro's bankruptcy filing on this appeal's companion case, A20A0390, shall be addressed separately.



*Court of Appeals of the State of Georgia*

*C l e r k ' s     O f f i c e ,*

*Atlanta,   02/28/2020*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*